# EXHIBIT 1

Michael Becker
800 NE 48 St
Oakland Park FL 33334
954 696 1545

**PLAINTIFF**

VS.

Synchrony Bank AKA
Synchrony Financial
485 Lake Mirror RD
Atlanta, GA 30349

**DEFENDANT**

OBTAIN DESCRIPTION

IN THE COUNTY COURT IN AND
FOR BROWARD COUNTY, FLORIDA
CASE NO. 17 16066
JUDGE
DIV.

COCE

**SUMMONS/NOTICE TO APPEAR FOR PRETRIAL CONFERENCE**

54

STATE OF FLORIDA – NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)
Synchrony Bank AKA Synchrony Financial
485 Lake Mirror Road Atlanta, GA 30349

**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the Broward County Courthouse in Courtroom 10/65, located at 201 SE 6th St Ft Laud, Fl 33301 on 11/28/17 at 9:00am for a **PRETRIAL CONFERENCE** before a Judge of this court.

**IMPORTANT – READ CAREFULLY**
**THE CASE WILL NOT BE TRIED AT THAT TIME.**
**DO NOT BRING WITNESSES--APPEAR IN PERSON OR BY ATTORNEY.**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

RECEIVED
OCT 06 2017
By____

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE.** The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where the suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff(s) attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATED at _____ Florida, on _____ OCT 0 6 2017

Filed by: Michael Becker
Address: 800 NE 48 St.
Oakland Park FL 33334
954.696.1545

**BRENDA D. FORMAN**
**AS CLERK OF THE COURT**

By_____ CINDY KYDD

A TRUE COPY
Court Seal

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Room 470, 201 S.E. Sixth Street, Fort Lauderdale, FL 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

| IN THE COUNTY COURT IN AND FOR BROWARD COUNTY FLORIDA | | | CLOCK IN |
|---|---|---|---|
| **DIVISION:** <br> [X] CIVIL <br> [ ] OTHER | **STATEMENT OF CLAIM** | | |
| **PLAINTIFF (S)** <br> MICHAEL BECKER | **vs.** | **DEFENDANT (S)** <br> SYNCHRONY BANK <br> 485 LAKE MIRROR ROAD <br> ATLANTA, GA 30349 | **CASE NUMBER** <br> SP <br> COCE <br> 17 16066 <br> 54 |

The Plaintiff sues the Defendant for money owed Plaintiff by Defendant; and which is past due and unpaid;
for    (As marked [ ✔ ] below) :

[ ] Goods, wares and merchandise sold by Plaintiff, to Defendant;
[ ] Work done and materials furnished by Plaintiff, to Defendant;
[ ] Money loaned by Plaintiff to Defendant;
[ ] Money due to Plaintiff upon accounts stated and agreed to between them;
[ ] On a written instrument, copy of which is attached hereto;
[ ] Rent for certain premises in Broward County, Florida, Viz;
[✔] Other (Explain)
[ ] Any additional facts in connection with any of the above:
(Use additional sheet if necessary)

A TRUE COPY
County Court Seal

Plaintiff sues Defendant for $500.00 see attached complaint

Where Plaintiff demands judgment in the sum of $ 500.00 together with court costs which the court may assess. The Plaintiff, says the foregoing is a just and true statement of the amount owing by the Defendant to Plaintiff, exclusive of all set-offs and just grounds of defense.
Affiant states that the Defendant(s) is/are not in the military service of the United States.

| PLAINTIFF OR ATTORNEY <br> MICHAEL BECKER | BRENDA D. FORMAN, <br> CLERK OF COURTS |
|---|---|
| ADDRESS OF PLAINTIFF/ATTORNEY <br> 800 NE 48 STREET <br> OAKLAND PARK, FL 33334 | by: _CINDY KYDD_ <br> **DEPUTY CLERK** <br> A TRUE COPY <br> County Court Seal <br> **NOTARY PUBLIC** <br> State of Florida |
| PLAINTIFF/ATTORNEY TELEPHONE <br> 9546961545 | **MY COMMISSION EXPIRES:** |
| ATTORNEY BAR NUMBER: | |

170-01 STATE OF CLAIM

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT

## IN AND FOR BROWARD COUNTY, FLORIDA

## SMALL CLAIMS DIVISION

### STATEMENT OF CLAIM AND DEMAND FOR JURY TRIAL

Michael Becker

Plaintiff,

Case No.: COCE 17-XXXXX

vs.

SYNCHRONY BANK aka

SYNCHRONY FINANCIAL

Defendant,

_____/

The Plaintiff, Michael Becker, sues the Defendant, SYNCHRONY BANK aka SYNCHRONY FINANCIAL, and alleges the following:

1. Plaintiff, Michael Becker, was and continues to be a resident of Broward County Florida and deemed a "consumer" as defined in the Fair Debt Collection Practices Act, (FDCPA), section 803(3).

2. Plaintiff, Michael Becker, was and continues to be a resident of Broward County Florida and deemed a "consumer" as defined in the Florida Commercial and Consumer Collection Practices Act, (FCCCPA) section 559.55(2).

3. Defendant, SYNCHRONY BANK aka SYNCHRONY FINANCIAL at all times material conducted business in the State of Florida.

4. Defendant sold false and inaccurate information to Portfolio Recovery Associates, (Exhibit 1), Defendant caused inaccurate collection letters to be mailed to Michael Becker 261 NE 45 Street Fort Lauderdale FL 33334 which has never been occupied by Plaintiff nor has he ever collected mail at that address.
5. Plaintiff's minor son, Michael, opened the mail that was addressed to him and gave the mail to his Mom, (Plaintiff's ex-wife), for further inspection and it was only recently given to Plaintiff.
6. Through Defendants negligence they caused the disbursement of inaccurate information to a third party causing damages to Plaintiff.
7. Plaintiff has since pulled his credit report and finds Defendant negatively reporting an HH GREGG charge account as a "charge off" and Plaintiff has never had such a card. Defendant is inaccurately reporting multiple accounts to Plaintiff's credit bureaus causing a substantial reduction in credit score and has caused Plaintiff to pay higher interest rates.
8. Defendant has violated the Truth in Lending Act.

## CIVIL REMEDIES

Plaintiff is entitled for civil remedies under FLA. STATUTES 559.77 for up to $1,000.00 for each separate and individual violation as this court deems appropriate.

WHEREFORE, the Plaintiff, Michael Becker, demands trial by jury and judgment in the sum of $500.00 together with court costs which the court may assess. The Plaintiff says the foregoing is a just and true statement of the amount owing by the Defendant to Plaintiff exclusive of attorney fees.

Plaintiff, Michael Becker, has consulted with an attorney and said attorney expects to be paid a reasonable amount for her fees.

Michael Becker, Plaintiff

800 NE 48 Street

Oakland Park, FL 33334

954.696.1545.

BrowardParkingSolutions@aol.com

**Portfolio Recovery Associates, LLC**
We're giving debt collection a good name.



www.portfoliorecovery.com

June 8, 2015
Account/Reference No.: 5243641007349456
SELLER: SYNCHRONY BANK
MERCHANT: DICKS
ORIGINAL CREDITOR: SYNCHRONY BANK
Creditor to Whom Debt is Owed: Portfolio Recovery Associates, LLC.

Balance: $1,280.46

The purpose of this letter is to advise you that Portfolio Recovery Associates, LLC purchased the account referenced above on 05/19/2015. If you have any questions concerning this account, please direct all future communications to us at the address below:

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

Call our toll free number 1-800-772-1413 to discuss your account.

Hours of Operation (EST): 8 AM to 11 PM Mon.-Fri., 8 AM to 5 PM Sat., 2 PM to 9 PM Sun.

We're also available by e-mail at help@portfoliorecovery.com.

PORTFOLIO RECOVERY ASSOCIATES, LLC

Portfolio Recovery Associates, LLC purchased this account on 05/19/2015. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

**This communication is from a debt collector.**

Notice: See Reverse Side for Important Information

DEPT 822   6579611115066
PO BOX 4115
CONCORD CA 94524



PLAINTIFF'S
EXHIBIT
-1-

Account/Reference No.: 5243641007349456

ADDRESS SERVICE REQUESTED

#BVNFTZF #92265796111150060#

MICHAEL BECKER
261 NE 45TH ST
FORT LAUDERDALE FL 33334-6040



001E